UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TINA PACHECO

v.                                    CASE NO.  3:09cv 00488 (AWT)

JOSEPH McMAHON CORPORATION
        et al.d/b/a/ UNITED OBLIGATIONS              June 15, 2009

MOTION TO STRIKE IMPROPERLY FILED DOCUMENTS
AND PRECLUDE FURTHER UNAUTHORIZED PRACTICE

        Plaintiff moves to strike Documents 16 (counterclaim) and 17 (add party) as improperly

filed on behalf of a person and entity other than himself.  Even though Paul Miller is pro se, he

persists in improperly attempting to file pleadings on behalf of the other two defendants. See

Doc. No. 5,  10, 13, 22. Such unauthorized practice of law is, by statute, contempt of court.

Conn. Gen. Stat. 51-88(c).

        The Court is respectfully requested also to order the Clerk to refuse to allow Paul Miller

to file any documents referring to co-defendants without permission of the Court.

                        THE PLAINTIFF

                        BY____/s/ Joanne S. Faulkner___
                        JOANNE S. FAULKNER ct04137
                        123 Avon Street
                        New Haven, CT 06511-2422
                        (203) 772-0395
                                        j.faulkner@snet.net

        This is to certify that the foregoing was mailed on June 13, 2009, postage prepaid, to:
Paul Miller
1290 Post Road PMB 2213
Fairfield CT 06824

                        ____/s/ Joanne S. Faulkner___
                            Joanne S. Faulkner